# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## ORDER AND NOTICE TO FILER OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

DEBTOR NAME:  Aaron D. Konrad and Hannah J. Konrad          FILER:  Crystal Sava

CASE NO.:  14–60280–lkg          ADVERSARY NO.:

DOCUMENT NO.:  15          DOCUMENT TITLE:  Motion for Relief from Stay and Notice of Motion

Pursuant to this Court's General Order or Local Rule and / or the Federal Rules of Bankruptcy Procedure, one of the following errors / deficiencies has been identified in the document listed above which has been filed with the Court. Accordingly, it is ordered that the document is stricken.

☐ Document entered in wrong case

☐ Document linked incorrectly

☐ Incorrect document type selected (PDF and event do not match)

☐ Incorrect PDF selected

☐ PDF Document is incomplete:

☐ Certificate of Service is incomplete

☐ Certificate of Service is missing

☑ Objection date is incorrect

☐ Objection date is missing

☑ Hearing information is incorrect

☐ Hearing information is missing

☐ Case Closed

☑ Other:  Motion for Relief from Stay and Notice of Motion with certificate of service to be re–filed as SEPARATE documents using the appropriate CM/ECF events.

If you desire action by the Court in this matter, you must correct the stated deficiency(s) and re–file the entire document.

ENTERED: September 16, 2014          /s/ Laura K. Grandy
                                     UNITED STATES BANKRUPTCY JUDGE