## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EFFINGHAM DIVISION

B14080067

IN RE:

|  |  |
|---|---|
| Aaron D. Konrad;<br>Hannah J. Konrad; | ]  Case Number 14-60280<br>]  CH 13<br>]  Judge Laura K Grandy<br>]<br>]<br>]<br>]<br>] |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Stonegate Mortgage Corporation, secured creditor herein, by and through its attorneys, FREEDMAN ANSELMO LINDBERG LLC moves for an entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Southern District of Illinois.

2.  Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3.  This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4.  The debtor(s) filed a petition for relief under Chapter 13 on July 23, 2014.

5.  Stonegate Mortgage Corporation holds a 1st mortgage secured by a lien on debtor(s) real estate commonly known as RR 2 Box 169, Ramsey, Illinois 62080.

6.  There is little or no equity in this property as its value is $269,000.00 (Per Schedule A) and the balance due on the loan is $251,211.68. After homestead exemptions and costs of sale there would be no remaining funds to administer to the estate.

7.  Per the Chapter 13 plan, the property is being surrendered.

8. The failure of the debtor(s) to make post-petition payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1). The Chapter 13 plan does not provide for the debt to be paid through the plan.

9. That Sec. 1301(c) of the bankruptcy Code states: "On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay, provided by subsection (a) of this section with respect to a creditor, to the extent that -(2) the plan filed by the debtor proposes not to pay such claim.

10. That Stonegate Mortgage Corporation will not be paid its claim in full.

11. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

WHEREFORE, Movant prays for the entry of the Order Granting Relief from the Automatic Stay.

Stonegate Mortgage Corporation

/s/  Crystal V. Sava
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL 60563
630-983-0770    866-402-8661    630-428-4620 (fax)
B14080067

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EFFINGHAM DIVISION**

B14080067

IN RE:

| | |
|---|---|
| | ] Case Number 14-60280 |
| | ] CH 13 |
| Aaron D. Konrad; | ] Judge Laura K Grandy |
| Hannah J. Konrad; | ] |
| | ] |
| | ] |
| | ] |
| | ] |

**EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE**

The following exhibits(s) in reference to the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by Stonegate Mortgage Corporation is (are) available upon request. Movant will bring exhibit(s) to any scheduled Court hearing on this matter.

1. Mortgage Signed by Aaron D. Konrad; Hannah J. Konrad; on March 11, 2013 and recorded on March 12, 2013 as document #130847.

2. Note Signed by Aaron D. Konrad; Hannah J. Konrad; on March 11, 2013.

**Certificate of Service**

I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on October 3, 2014 addressing the debtor(s). The remaining parties were notified via CM/ECF:

Aaron D. Konrad, RR2 Box 169, Ramsey, IL 62080

Hannah J. Konrad, RR2 Box 169, Ramsey, IL 62080

Andrew D. Bourey, 101 S. Main St., Suite 501, Decatur, IL 62523

Bob G. Kearney, PO Box 998 , Benton, IL 62812

U.S. Bankruptcy Court, Melvin Price Federal Courthouse, 750 Missouri Avenue, East St. Louis, IL 62201

U.S. Trustee, 401 Main St., #1100, Peoria, IL 61602

/s/ Brittany Neubauer